PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $1,786,071.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $242,963.00 IN U.S. CURRENCY,<br><br>Defendants. | CASE NO. 1:22-MC-00119-AWI<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Sohail Hussain Mamdani ("claimant"), by and through their respective counsel, as follows:

1. On or about June 2, 2022, claimant filed timely claims in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $1,786,071.00 in U.S. Currency and Approximately $242,963.00 in U.S. Currency (hereafter collectively "defendant currency"), which were seized on March 3, 2022.

2. The Drug Enforcement Administration sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was August 31, 2022.

4. By Stipulation and Order filed August 16, 2022, the parties stipulated to extend to October 30, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed October 28, 2022, the parties stipulated to extend to December 9, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed December 8, 2022, the parties stipulated to extend to January 13, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to January 30, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 30, 2023.

Dated: January 13, 2023

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney

Dated: January 13, 2023

/s/ Kevin P. Rooney
KEVIN P. ROONEY
Attorney for claimant
Sohail Hussain Mamdani
(As authorized by telephone on 1/13/23)

IT IS SO ORDERED.

Dated:  January 13, 2023

_____
SENIOR DISTRICT JUDGE

Stipulation and Order to Extend Time